IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:22-mj-00030-ZMF |
| v. | ) | |
| | ) | Judge Zia M. Faruqui |
| GEOFFREY SAMUEL SHOUGH | ) | |

**SUPPLEMENTAL DECLARATION IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

MURDOCH WALKER II, ESQ. ("Applicant"), who seeks permission to represent GEOFFREY SAMUEL SHOUGH ("Client") in the above-captioned case *pro hac vice* by motion filed March 7, 2022 [ECF No. 8]*,* and pursuant to the Court's Order entered March 10, 2022 and LCrR 44.1(d), hereby supplements his previous declaration as follows:

1. Applicant's full name is MURDOCH WALKER, II.

2. Applicant practices at the firm of Lowther Walker, LLC, which office address is:

> **Lowther | Walker LLC
> 101 Marietta St. NW, Ste.3325
> Atlanta, Georgia 30305
> Office Phone: 404.496.4052
> Cell Phone: 843.540.7903
> mwalker@lowtherwalker.com**

3. Applicant certifies that he is admitted to practice before and remains in good standing with the Courts in the following jurisdictions:

| | | |
|---|---|---|
| Supreme Court of Georgia | 09/01/2016 | Active |
| Superior Courts of Georgia (Bar #163417) | 10/30/2014 | Active |
| US Court of Appeals for the Fourth Circuit | 07/26/2016 | Active |
| US Court of Appeals for the Sixth Circuit | 10/13/2017 | Active |

| | | |
|---|---|---|
| US Court of Appeals for the Seventh Circuit | 03/17/2017 | Active |
| US Court of Appeals for the Eleventh Circuit | 06/24/2015 | Active |
| US District Court for the Middle District of Georgia | 09/01/2017 | Active |
| US District Court for the Northern District of Georgia | 10/28/2015 | Active |
| US District Court for the Southern District of Georgia | 11/17/2014 | Active |
| US District Court for the Northern District of Illinois | 09/21/2016 | Active |
| US District Court for the Northern District of Indiana | 03/08/2017 | Active |
| US District Court for the District of North Dakota | 12/18/2014 | Active |
| US District Court for the Western District of Tennessee | 09/13/2016 | Active |
| US District Court for the Eastern District of Texas | 08/11/2018 | Active |

4. Applicant certifies that he has never been the subject of any formal suspension or disbarment proceedings; never been denied admission *pro hac vice* in this or any other jurisdiction or had *pro hac vice* admission revoked; never had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked; and has never received public discipline by any court or lawyer regulatory organization.

5. Applicant certifies that he has been admitted *pro hac vice* zero times in this Court within the previous two years.

6. Applicant does not engage in the practice of law from an office located in the District of Columbia, and is not a member of the District of Columbia Bar, nor does he have an application for membership pending.

By signature, Applicant so declares and certifies.

Date: March 11, 2022

                                          Respectfully submitted,

                                          _____
                                          Murdoch Walker II, Esq.
                                          Ga. Bar 616038 (*pro hac vice pending*)
                                          mwalker@lowtherwalker.com

                                          Lowther | Walker LLC
                                          101 Marietta St. NW, Ste. 3325
                                          Atlanta, Georgia 30305
                                          O 404.496.4052
                                          www.lowtherwalker.com

                                          Attorney for Geoffrey Samuel Shough

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### WASHINGTON, D.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:22-mj-00030-ZMF |
| v. | ) | |
| | ) | Judge Zia M. Faruqui |
| GEOFFREY SAMUEL SHOUGH | ) | |

## CERTIFICATE OF SERVICE

I certify that on March 11, 2022, I electronically filed the foregoing SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE with the Clerk of the United States District Court for the District of Columbia by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by way of electronic mail.

Date:        March 11, 2022

                                                  *s/Keith Lively, Esq.*
                                                  Keith Lively, Esq.
                                                  DC Bar No. 499948
                                                  klively@dbmlawgroup.com

                                                  Doyle, Barlow & Mazard PLLC
                                                  1776 K Street, Suite 200
                                                  Washington, D.C. 20006
                                                  202.589.1839
                                                  www.dbmlawgroup.com
                                                  Local Counsel for Geoffrey Samuel Shough